1013

William LANGAN, Plaintiff-Appellee, v. AMERICAN SCANTIC LINES, Inc., Defendant-Appellant.

No. 363.

Circuit Court of Appeals, Second Circuit.

May 18, 1936.

David M. Fink & Jacquin Frank, of New York City (Jacquin Frank, of New York City, of counsel), for plaintiff.

Tompkins, Boal & Tompkins, of New York City (Arthur M. Boal and Francis J. Fitzpatrick, both of New York City, of counsel), for defendant.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

Rosalie LESLIE, Appellant, v. CHASE NATIONAL BANK OF CITY OF NEW YORK and John A. Burns, as Trustees; Clarence Harper and Arthur Peck; Hamilton Gas Company; W. Angamar Larner and W. J. Maier, Jr., Receivers of Hamilton Gas Company, Appellees.

Circuit Court of Appeals, Sixth Circuit.

Feb. 4, 1936.

Martin & Smith, of Catlettsburg, Ky., for appellant.

Steptoe & Johnson, of Charleston, W. Va., Milbank Tweed, Hope & Webb, of New York City, A. B. Hodges and R. E. O'Connor, both of Charleston, W. Va., and Combs & Combs, of Prestonsburg, Ky., for appellees.

Before MOORMAN, SIMONS and ALLEN, Circuit Judges.

PER CURIAM.

Affirmed for the reasons stated in the opinion of the trial court.

Martin LEUTHE, Plaintiff-Appellee, v. ERIE RAILROAD COMPANY, Defendant-Appellant.

No. 319.

Circuit Court of Appeals, Second Circuit.

May 4, 1936.

See, also, 12 F.Supp. 161.

Moot, Sprague, Marcy, Carr & Gulick, of Buffalo, N. Y. (William L. Marcy, Jr., and David L. Landy, both of Buffalo, N. Y., of counsel), for appellant.

Searl & McElroy, of Syracuse, N. Y., for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.

In the Matter of MARLINROX, LIMITED, a Corporation, Bankrupt.

O. T. GILBANK, Trustee in Bankruptcy of Marlinrox, Ltd., Appellant, v. E. E. McGILL, as Receiver, Appellee.

No. 8216.

Circuit Court of Appeals, Ninth Circuit.

June 1, 1936.

Hiram E. Casey, of Los Angeles, Cal., for appellant.

James C. Ingebretsen, of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.